

Edward F. Behm, Jr
Associate

Gibbons P.C.
1700 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania 19103-2769
Direct: (215) 446-6253 Fax: (215) 446-6334
ebehm@gibbonslaw.com

October 23, 2008

The Honorable Peter G. Sheridan
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: The University of British Columbia ("UBC") v. Elan Pharmaceuticals, Inc. ("Elan") Civil Action No. 2:08-cv-01140

Dear Judge Sheridan:

  As discussed with Your Honor's Law Clerk, we are writing to request an extension of time for the filing of Elan's Answer to UBC's Amended Complaint. With the extension of time, Elan's Answer is now due November 13, 2008. Please find attached a draft Order for your use. We are also copying Magistrate Judge Salas on this letter.

Respectfully,

Edward F. Behm, Jr.

*So Ordered*
*Peter M Sheridan*
*Oct 24, 2008*

cc: Magistrate Judge Salas
  Ross Pearlson, Esq.